U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

NOV 10 2005

ROBERT H. SHEMWELL, CLERK
BY_____
       DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

| | |
|---|---|
| **KENNETH EARL STEVENSON** | **CIVIL ACTION NO. 05-1705-P** |
| **VERSUS** | **JUDGE HICKS** |
| **FAR WEST INSURANCE COMPANY, ET AL.** | **MAGISTRATE JUDGE HAYES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections filed by Plaintiff, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e).

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 10th day of November 2005.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE