U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

NOV 2 2 2005

ROBERT H. SHEMWELL, CLERK
BY_____
                    DEPUTY

**MINUTE ENTRY**
**NOVEMBER 22, 2005**
**JUDGE S. MAURICE HICKS, JR.**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

---

| | |
|---|---|
| KENNETH EARL STEVENSON | CIVIL ACTION NO. 05-1705 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| FAR WEST INSURANCE COMPANY, ET AL. | MAGISTRATE JUDGE HAYES |

---

Before the Court are Plaintiff Kenneth Earl Stevenson's ("Stevenson") supplemental objections to the Magistrate Judge's report and recommendation (Record Document 12) and Motion for Reconsideration (Record Document 13). In light of Stevenson's supplemental objections and his motion for reconsideration, the Court hereby **recalls** the judgment (Record Document 11) adopting the report and recommendation issued in the instant matter on November 10, 2005. In light of Stevenson's additional filings, the Court will independently review the record and issue a ruling as to the Magistrate Judge's report and recommendation in due course.



