**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| KENNETH EARL STEVENSON | CIVIL ACTION NO. 05-1705-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| FAR WEST INSURANCE COMPANY, ET AL. | MAGISTRATE JUDGE HAYES |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the written objections filed on November 9, 2005 (Record Document 10), November 15, 2005 (Record Document 12), and November 21, 2005 (Record Document 13) by Plaintiff Kenneth Earl Stevenson, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff Kenneth Earl Stevenson's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e).

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 30th day of November 2005.

_S. MAURICE HICKS, JR._
UNITED STATES DISTRICT JUDGE